# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-cv-80307-BLOOM/Reinhart

MELVYN KLEIN, Individually and On
Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

MAGICJACK VOCALTEC LTD., IZHAK
GROSS, TALIYARON-ELDAR, DON
CARLOS BELL III, ALAN B. HOWE, DR.
YUEN WAH SING, and RICHARD HARRIS,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a), ECF No. [3] ("Stipulation"), filed on March 21, 2018. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [3]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE;**

3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

4. The Clerk of Court is directed to **CLOSE** this case without prejudice to the parties to file any Fee Application by **April 20, 2018.**

5. The Court retains jurisdiction solely for the purposes of any Fee Application pursuant to Local Rule 7.3.

Case No. 18-cv-80307-BLOOM/Reinhart

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of March, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record